JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| THOMAS CHAYRA , INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 11-CV-09858 JAK (AGRx) |
| Plaintiff, | **ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |
| v. | |
| BROOKLYN LIQUOR STORE. | [Fed. R. Civ. P. 26(f)] |
| Defendant. | |

**IT IS HEREBY ORDERED THAT**, following stipulation of counsel, the above-entitled case is dismissed with prejudice pursuant to Federal Rules of civil Procedure Section 41 (a).

**IT IS SO ORDERED.**

DATED:     April 5, 2012          By: _____

JOHN A. KRONSTADT
United States District Judge

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

1