JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS CHAYRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BROOKLYN LIQUOR STORE.<br><br>Defendant. | Case No. 11-CV-09858 JAK (AGRx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>[Fed. R. Civ. P. 26(f)] |

**IT IS HEREBY ORDERED THAT**, following stipulation of counsel, the above-entitled case is dismissed with prejudice pursuant to Federal Rules of civil Procedure Section 41 (a).

**IT IS SO ORDERED.**

DATED: April 5, 2012     By: _____
                              JOHN A. KRONSTADT
                              United States District Judge